**FILED**

APR 23 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. W13-729M |
| Plaintiff, | ) | |
| | ) | **INFORMATION** |
| v | ) | [Count One: 18 U.S.C. §§7(3) & 13 and |
| | ) | T.P.C. § 49.04(d) – Driving While |
| NICHOLAS P. DRAKE | ) | Intoxicated (BAC over .15)] |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. §§7(3) & 13 and T.P.C. § 49.04(d)]

On or about April 21, 2013, at the Fort Hood Military Reservation in the Western District of Texas, an area within the special maritime and territorial jurisdiction of the United States, Defendant

NICHOLAS P. DRAKE

did drive and operate a motor vehicle in a public place while intoxicated and at the time of testing had a blood alcohol level above .15, in violation of Section 49.04(d) of the Texas Penal Code and Title 18, United States Code, Sections 7(3) & 13.

ROBERT PITMAN
United States Attorney

By: _____
EVAN WILLIAMS
Special Assistant United States Attorney

UNSEALED

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE:     APRIL 22, 2013          MPR #: 02214-13          CASE NO. W13-729M
COUNTY:   BELL
JUDGE:    JEFFREY MANSKE
S.A.U.S.A.: EVAN WILLIAMS

DEFENDANT:

NICHOLAS P. DRAKE

### OFFENSES & MAXIMUM PUNISHMENT

Count One: 18 U.S.C. §§7(3) & 13 and T.P.C. § 49.04(d) – Driving While Intoxicated (BAC over .15) – Confinement: minimum 3 days, maximum 1 year confinement; $4,000 fine; $25 SA.